**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

THOMAS LEE WILLIAMS,

        Plaintiff,

v.                                                Case No. 5:16-cv-372-Oc-34PRL

UNITED STATES OF AMERICA,

        Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on November 7, 2016. In the Report, Magistrate Judge Lammens recommends that Plaintiff's Motions to Proceed In Forma Pauperis (Dkt. Nos. 7 and 11) be denied and that this case be dismissed. See Report at 1, 9. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motions to Proceed In Forma Pauperis (Dkt. Nos. 7 and 11) are **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Chambers this 8th day of December, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record
Pro Se Party